|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| STEPHEN HALE; and O'BRIAN RANGEL, individually, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENSIGN UNITED STATES DRILLING (CALIFORNIA) INC.; ENSIGN ENERGY SERVICES, INC.; and ENSIGN UNITED STATES DRILLING, INC.,<br><br>Defendants. | No. 1:15-cv-01042-DAD-JLT<br><br><u>DEFENDANT ENSIGN ENERGY SERVICES, INC. HAS BEEN DISMISSED WITHOUT PREJUDICE</u><br><br>(Doc. No. 30) |

On April 18, 2016, the parties filed a joint stipulation dismissing defendant Ensign Energy Services, Inc. without prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 30.) In light of the parties' stipulation, defendant Ensign Energy Services, Inc. has been terminated from the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of

/////

/////

/////

/////

1

attorneys' fees and costs to either party.  This dismissal does not affect the status of the other defendants in the matter.

IT IS SO ORDERED.

Dated:   **April 19, 2016**                                    _____
                                                                                UNITED STATES DISTRICT JUDGE