# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HALE, et al., | Case No.: 1:15-CV-01042 DAD JLT |
| Plaintiffs, | ORDER AFTER STATUS CONFERENCE |
| v. | |
| ENSIGN UNITED STATES DRILLING (CALIFORNIA) Inc., et al., | |
| Defendants. | |

The Court held a status conference on September 19, 2016. At the conference, defense counsel represented that the defendants have produced all documents she believed were implicated by the motion for summary judgment. She was less certain, though she believed, that the defendants had produced all metadata associated with the documents.

The plaintiffs' counsel indicated he received another batch of metadata yesterday and could not state whether this completed the production. Therefore, the Court **ORDERS**:

1. The plaintiffs' counsel **SHALL** review the document production and **SHALL** notify the defendants in writing of any incompleteness by September 23, 2016. If the plaintiffs contend that the defendants should produce additional documents, they SHALL demonstrate in their written request for the additional documents how the additional documents bear on the issues raised in the motion for summary judgment;

2. The defendants **SHALL** respond in writing within two court days. If the defendants

1

disagree that any further production is required, they SHALL demonstrate in their response how the additional documents will not bear on the issues raised in the motion for summary judgment;

    3.    If there is a disagreement, counsel **SHALL** meet and confer, either in person or by telephone, no later than **September 30, 2016**;

    4.    Counsel **SHALL** file a joint report no later than **October 5, 2016**, setting forth the current status of the matter;

    5.    The Court sets a further status conference on **October 12, 2016** at 9:00 a.m. Counsel may appear by telephone via the CourtCall service;

    6.    The briefing schedule on the motion for summary judgment is **VACATED**.  The Court will re-set the deadlines once it is clear whether further document production is required.

IT IS SO ORDERED.

Dated:   **September 19, 2016**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE