# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HALE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ENSIGN UNITED STATES DRILLING (CALIFORNIA) Inc., et al.,<br><br>        Defendants. | Case No.: 1:15-CV-01042 DAD JLT<br><br>ORDER GRANTING AMENDMENT TO THE SCHEDULE ON THE MOTION FOR SUMMARY JUDGMENT |

The parties have represented to the Court they have resolved their disagreement as to the electronically held information to be produced by the defendant. (Doc. 60 at 4) Thus, the Court **GRANTS** the request to amend the schedule related to the motion for summary judgment as follows:

1. The plaintiffs' opposition or statement of non-opposition to the motion for summary judgment **SHALL** be filed n**o later than May 1, 2017**;

2. Any reply may be filed **no later than June 1, 2017**;

3. The hearing on the motion for summary judgment is **CONTINUED** to **June 20, 2017** at 9:30 a.m. in Courtroom 5, before Judge Drozd.

IT IS SO ORDERED.

    Dated: **December 27, 2016**        **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE