# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HALE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ENSIGN UNITED STATES DRILLING (CALIFORNIA) Inc., et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-CV-01042  DAD  JLT<br><br>ORDER GRANTING SECOND AMENDMENT TO THE SCHEDULE ON THE MOTION FOR SUMMARY JUDGMENT<br>(Doc. 62) |

　　　　The parties have represented to the Court after having agreed as to the electronically held information to be produced by the defendant they have discovered the volume of documents is much greater than they previously anticipated. (Doc. 60 at 4)  Thus, they jointly request a few extra weeks be added to the briefing schedule on the emotion for summary judgment.  Id.  Thus, the Court **GRANTS** the request to amend the schedule related to the motion for summary judgment as follows:

　　　　1.　　The plaintiffs' opposition or statement of non-opposition to the motion for summary judgment **SHALL** be filed n**o later than May 22, 2017**;

　　　　2.　　Any reply may be filed **no later than June 22, 2017**;

　　　　3.　　The hearing on the motion for summary judgment is **CONTINUED** to **July 5, 2017** at 9:30 a.m. in Courtroom 5, before Judge Drozd.

///

1

1 **Absolutely no further amendments to the briefing schedule will be considered by the Court absent a showing of exceptional good cause.**

IT IS SO ORDERED.

    Dated: __**January 10, 2017**__            /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE