# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HALE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ENSIGN UNITED STATES DRILLING (CALIFORNIA) Inc., et al., <br><br> Defendants. | Case No.: 1:15-CV-01042 DAD JLT <br><br> ORDER CLOSING THE MATTER AS TO PLAINTIFF HALE <br> (Doc. 69) |

The parties have stipulated that the action will be dismissed as to plaintiff, Stephen Hale, only. (Doc. 69) They agree further that the stipulation will not prejudice the defendants from filing a dispositive motion related to the individual claims of the remaining named plaintiff and it will not impact the defendants' ability to oppose a motion to amend the pleading to add plaintiffs. Id.

Notably, Fed.R.Civ.P 41(a) provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is **DIRECTED** to close this case **as to plaintiff, Stephen Hale, only**.

IT IS SO ORDERED.

Dated: **May 22, 2017**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE